IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES-WILLIAM FROST,

    Plaintiff,

v.

AURORA LOAN SERVICING, LLC,
AURORA BANK, FSB,

    Defendants.
    _____/

No. C 10-02476 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff is **ORDERED TO APPEAR** on **NOVEMBER 18, 2010, AT 11:00 A.M.** and **SHOW CAUSE** why this case should not be dismissed for lack of prosecution due to his failure to appear at the case management conference on October 7, 2010, at 11:00 a.m. (at which time defense counsel appeared).

    **IT IS SO ORDERED.**

Dated: October 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE