**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES WILLIAM FROST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AURORA LOAN SERVICING, ET AL.; ) <br> ) <br> Defendants. ) | Case No.: 10-02476-WHA <br> Hon. William H. Alsup |

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation to enlarge time to file defendants' motion to set aside default, and defendants' required showing of right to foreclose, it is hereby:

ORDERED that defendants shall file their motion to set aside default and their required showing of the right to foreclose against plaintiff on or before December 28, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: December 20, 2010.   _____
                          Hon. Judge William H. Alsup