IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM FROST,<br><br>   Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICING, LLC and<br>AURORA BANK FSB,<br><br>   Defendants.<br>_____/ | No. C 10-02476 WHA<br><br>**ORDER REGARDING<br>DEADLINE TO FILE MOTION<br>TO SET ASIDE DEFAULT** |

Upon consideration of the parties' stipulation to enlarge time for defendants to file their motion to set aside default and required showing of right to foreclose, this order extends the deadline to January 4, 2011.

Defendants have gotten in a habit of requesting an extension to file their motion to set aside default and required showing of right to foreclose either on the day of the deadline or just before. To be clear, no more extensions will be allowed after January 4, 2011. It is time to get going with this case.

**IT IS SO ORDERED.**

Dated: January 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE