IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES WILLIAM FROST,

    Plaintiff,

  v.

AURORA LOAN SERVICING, LLC and
AURORA BANK FSB,

    Defendants.
                                   /

No. C 10-02476 WHA

**ORDER TO SHOW CAUSE**

Defendant's motion to set aside entry of default is set for a hearing on February 17, 2011. Plaintiff is pursuing this action *pro se*. Pursuant to Civil Local Rule 7-3, any brief in opposition to defendant's motion was due on January 27, 2011, but no such opposition has been received. <u>Plaintiff James William Frost is ordered to respond by **FEBRUARY 15, 2011**, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on February 17, 2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiff does not respond by February 15, 2011, this action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE