IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES WILLIAM FROST,

    Plaintiff,

  v.

AURORA LOAN SERVICING, LLC and
AURORA BANK FSB,

    Defendants.
_____/

No. C 10-02476 WHA

**NOTICE REGARDING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

    Plaintiff has responded to an order to show cause for his failure to respond to a motion to set aside default by defendants. The sequence of recent filings has been: (1) defendants' motion; (2) order to show cause for plaintiff's failure to oppose; (3) opposition brief by plaintiff; (4) order setting aside default and setting case management conference; (5) plaintiff's response to the order to show cause. Plaintiff's response states that he filed his opposition late because he has been working overtime lately so he cannot always complete legal research and document preparation in the time allotted for submission.

    Given that default has already been set aside and a case management conference is set for March 3, no further action is needed with regard to the order to show cause. Plaintiff must be aware, however, that he must always comply with deadlines in this matter. If he needs more time to comply with a deadline he must ask for more time *in advance*. Extensions will not always be

1  granted and plaintiff must demonstrate good cause for his requested relief.  The fact that he works
2  overtime will not usually constitute good cause.

4  Dated: February 8, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2