IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM FROST,<br><br>    Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICING, LLC, and<br>AURORA BANK FSB,<br><br>    Defendants.<br>                                            / | No. C 10-02476 WHA<br><br>**ORDER DENYING STIPULATION TO VACATE ADR REFERRAL AND SETTING DEADLINE TO RESPOND TO THE COMPLAINT** |

      The parties stipulate to "remove [this] matter from mediation in the ADR program." In support they solely state that on March 16 the parties participated in an ADR telephone conference, during which they "agreed to remove this matter from Mediation in the ADR Program, and return it to the District Court." Indeed, a confidential conference report that was sent to chambers regarding this very conference stated in relevant part that defendants' counsel represented that "settlement is not possible, at least until after its [sic] intended motion to dismiss has been heard and decided, and assuming an answer is then filed."

      Whereupon, a review of the docket shows that default in this matter was set aside on February 7, 2011, and a case management order issued on March 3, and yet no answer or other responsive motion has been filed.

      Good cause not shown, the parties' stipulation is **DENIED**.

Defendants must respond to the complaint by **NOON ON JULY 5, 2011**. If defendants file a motion in lieu of an answer, they shall specifically address why such motion is timely given their lengthy delay.

**IT IS SO ORDERED.**

Dated: June 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE