**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   JAMES WILLIAM FROST,                     No. C 10-02476 WHA
11              Plaintiff,
12      v.
13   AURORA LOAN SERVICING, LLC, and          **ORDER TO SHOW CAUSE**
     AURORA BANK FSB,
14
15              Defendants.
                                        /
16
17          Defendants are moving to dismiss the complaint (Dkt. No. 57).  Pursuant to Civil Local
18   Rule 7-3, any brief in opposition to defendants' motion was due on July 6, 2011, but no such
19   opposition has been received.  Plaintiff James William Frost is ordered to respond by AUGUST 1,
20   2011, and show cause for his failure to respond to the motion.  This order to show cause does not
21   constitute permission to file a late opposition.  The hearing on August 4, 2011, is VACATED.  A
22   new hearing shall be noticed by the Court if necessary.  If plaintiff does not respond by August 1,
23   this case will be dismissed for failure to prosecute.
24
25          **IT IS SO ORDERED.**
26
27   Dated:  July 8, 2011.                     _____
                                              WILLIAM ALSUP
28                                            UNITED STATES DISTRICT JUDGE