**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JAMES WILLIAM FROST,                         No. C 10-02476 WHA

11           Plaintiff,

12       v.

13   AURORA LOAN SERVICING, LLC, and         **NOTICE TO PLAINTIFF THAT HE**
     AURORA BANK FSB,                         **MUST STILL RESPOND TO THE**
14                                            **ORDER TO SHOW CAUSE**

15           Defendants.
                                         /

16

17          Plaintiff did not timely respond to defendants' motion to dismiss the complaint by July 6,

18   and an order to show cause issued, requiring plaintiff to respond by August 1, 2011, and show

19   cause for his failure to respond to the motion.  The order to show cause specifically stated that it

20   did not constitute permission to file a late opposition.

21          Plaintiff filed a late opposition on July 19, which was entered by the Clerk's Office on

22   July 20.  Plaintiff shall be on notice that he must still respond to the order to show cause and

23   show cause for his failure to timely respond to the motion, by his deadline of August 1.  Whether

24   the opposition will be accepted will await such response by plaintiff.

25

26

27   Dated:  July 22, 2011.

                                          WILLIAM ALSUP
28                                        UNITED STATES DISTRICT JUDGE