IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM FROST,<br><br>    Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICING, LLC, and<br>AURORA BANK FSB,<br><br>    Defendants.<br>                                           / | No. C 10-02476 WHA<br><br>**ORDER TO CLERK TO CLOSE CASE** |

On August 5, 2011, an order granted a motion to dismiss by defendants. Plaintiff was granted 21 calendar days from the date of that order to file a motion for leave to file the amended complaint. No such motion has been filed. The order specifically warned plaintiff that if he did not file such motion, this case will be closed. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE